Monday, December 9, 2013

Misc. No. 14–8005/AF. Yefrey S. Mercado, Appellant v. United States, Appellee. CCA 2013–22. On consideration of the writ-appeal petition, and Appellant's motion to attach, it is ordered that said motion is hereby denied, and said writ-appeal is hereby denied without prejudice to Appellant's right to raise the issue asserted during the course of normal appellate review.

Misc. No. 14–8006/MC. Andrew J. Shifflett, Appellant v. Elizabeth A. Harvey, Lieutenant Colonel, U.S. Marine Corps, Military Judge, Appellee. CCA 201300457. Notice is hereby given that a writ appeal petition for review of the United States Navy–Marine Corps Court of Criminal Appeals decision on application for extraordinary relief was filed under Rule 27(b), together with a motion for a stay of proceedings on this date.

No. 14–0180/AF. U.S. v. Jeremy R. Lyson. CCA 38067. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including December 19, 2013,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*